

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00819-CV

Margarita **MALDONADO**,
Appellant

v.

Trenton **FRANKLIN** and Karina Franklin,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-24167
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion and amended to dismiss under the Texas Citizen's Participation Act is AFFIRMED, and the case is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellees shall recover their costs of appeal from appellant.

SIGNED September 30, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice